[No. 27279-2-II. Division Two. December 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS KEITH SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-00957-1, Barbara D. Johnson, J., entered April 25, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.

[No. 27889-8-II. Division Two. December 13, 2002.]

GERALD RHOADES, ET AL., *Appellants*, v. THE CITY OF BATTLE GROUND, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-2-05067-8, Roger A. Bennett, J., entered September, 27, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Armstrong, JJ. Now published at 115 Wn. App. 752.

[No. 27979-7-II. Division Two. December 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KINA RAE CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-01086-5, Anna M. Laurie, J., entered September 22, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 28088-4-II. Division Two. December 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE T. MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 01-8-00090-3, Joel M. Penoyar, J., entered November 1, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.